# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

| | |
|---|---|
| **MARK EDWARD BROWN,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**USD 501 TOPEKA,**<br><br>    **Defendant.** | **Case No. 2:22-cv-02519-HLT** |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 57), judgment is entered in favor of Defendant USD 501 Topeka. This case is closed.

IT IS SO ORDERED.

SKYLER O'HARA<br>CLERK OF THE COURT

Dated: November 30, 2023         /s/  M. Deaton
                                 By Deputy Clerk